# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    **Plaintiff,**

-vs-                                                            **Case No. 3:09-CR-13**

**CHRISTOPHER BENSON,**

    **Defendant.**

## ORDER RELEASING THE DEFENDANT FROM JAIL

On December 13, 2011, the Court issued an arrest warrant for the Defendant for violating the conditions of his supervised release. The Defendant was subsequently arrested and is incarcerated in the Butler County Jail.

IT IS THE ORDER OF THE COURT that the Defendant be released from custody in the above captioned case. The Defendant is ORDERED to contact the U.S. Probation Department immediately upon release for further instructions. The conditions of supervised release previously ordered in this case shall remain in effect.

**DONE** and **ORDERED** in Dayton, Ohio, this 16th day of May 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT